# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Antonio Munoz, Anibal Angelito, on behalf of themselves and all other plaintiffs known and unknown,

v.

G & J Investments, Ltd., d/b/a Pappy's and George Pappas

Case   08 C 2310

Judge David Coar

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**G & J Investments, Ltd. and George Pappas**

| | |
|---|---|
| SIGNATURE<br>s/ James C. Vlahakis | |
| FIRM<br>Hinshaw & Culbertson LLP | |
| STREET ADDRESS<br>222 N. LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP<br>Chicago, Illinois  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06230459 | TELEPHONE NUMBER<br>(312) 704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2008, I electronically filed **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

Christopher John Williams
John Edward Untereker
Working Hands Legal Clinic

                          Counsel for Defendants,
                          G & J Investments, Ltd. and
                          George Pappas

                          s/James C. Vlahakis
                          James C. Vlahakis
                          ARDC No. 6230459
                          Hinshaw & Culbertson LLP
                          222 North LaSalle, Suite 300
                          Chicago, IL 60601
                          tel: 312-704-3000
                          fax: 312-704-3001
                          jvlahakis@hinshawlaw.com