IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO MUNOZ, ANIBAL ANGELITO, on behalf of themselves and all other plaintiffs known and unknown, <br><br> v <br><br> G & J INVESTMENTS, LTD, d/b/a PAPPY'S and GEORGE PAPPAS, <br><br> Defendants | Case No. 08 C 2310 <br><br> Honorable Judge David Coar |

**JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT**

NOW COME the Defendants, G & J INVESTMENTS, LTD, d/b/a PAPPY'S and GEORGE PAPPAS, and Plaintiffs ANTONIO MUNOZ and ANIBAL ANGELITO (collectively "the Parties"), by and through their respective attorneys, and they jointly move for the Court to approve the settlement entered between the Defendants and Plaintiffs. In support of the motion, the parties state as follows:

1.  Plaintiffs filed a complaint against Defendants under the Fair Labor Standards Act, 29 U.S.C. § 201, *et. seq.*, arising out of their former employment at Pappy's. Plaintiff MUNOZ was employed as a cook and Plaintiff ANGELITO was employed as dishwasher.

2.  No motion to certify a Section 216 class has been file by the Plaintiffs and no other third parties have opted into this litigation.

3.  Following negotiations between counsel for the Defendants and counsel for the named Plaintiffs, the Parties have reached a mutually satisfactory settlement.

4.  When employees bring a private action against their employer or former employer for back wages under the FLSA, and the parties present to the district court a proposed

settlement, the district court may enter an order dismissing the case after scrutinizing the settlement to insure that it is a fair and reasonable resolution of a bona fide dispute over wages under the FLSA. *See, e.g., Lynn's Food Stores v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982). *See also, Walton v. United Consumers Club, Inc.*, 786 F.2d 303, 306 (7th Cir. 1986).

5. Submitted herewith for *in camera* inspection is the Settlement Agreement entered into between Defendants and Plaintiffs.

6. The parties request that the Court approve the Settlement Agreement because it is a fair and reasonable resolution of bona fide disputes over wages under the FLSA.

WHEREFORE, for the foregoing reasons, Plaintiffs ANTONIO MUNOZ and ANIBAL ANGELITO and Defendants respectfully request that this Court enter an Order approving the Settlement Agreement as a fair and reasonable resolution of bona fide disputes under the FLSA.

For the Plaintiffs, ANTONIO MUNOZ and ANIBAL ANGELITO:

By:    /s/ John E. Untereker

John E. Untereker
WORKING HANDS LEGAL CLINIC
77 W. Washington, Suite 1402
Chicago, IL 60602
312-795-9115
juntereker@workers-law.org

For the Defendants,

By:  /s/ James C. Vlahakis

James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000
Jvlahakis@hinshawlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2008, I electronically filed the above document, with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.


Respectfully submitted,

By: /s/ James C. Vlahakis

James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000
Jvlahakis@hinshawlaw.com

6312370v1 798051