### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ANTONIO MUNOZ, ANIBAL ANGELITO, on behalf of themselves and all other plaintiffs known and unknown, )<br><br>Plaintiffs, )<br>v.  )<br><br>G & J INVESTMENTS, LTD. d/b/a PAPPY'S ) and GEORGE PAPPAS, )<br><br>Defendants. ) | Court No. 08 C 2310<br><br>Honorable Judge David Coar |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **July 24, 2008, at 9:00 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Coar in Courtroom 1419 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached **Joint Motion For Court Approval Of Settlement,** a copy of which is attached hereto and is herewith served upon you.

> s/James C. Vlahakis
> James C. Vlahakis
> Attorney for Liberty Defendants
> Hinshaw & Culbertson LLP
> 222 North LaSalle, Suite 300
> Chicago, IL 60601
> Tel: 312-704-3715
> Fax: 312-704-3001
> jvlahakis@hinshawlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

                                          s/James C. Vlahakis
                                          James C. Vlahakis
                                          Attorney for Liberty Defendants
                                          Hinshaw & Culbertson LLP
                                          222 North LaSalle, Suite 300
                                          Chicago, IL 60601
                                          Tel: 312-704-3715
                                          Fax: 312-704-3001
                                          jvlahakis@hinshawlaw.com