UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

J. Antonio Munoz, et al.
                              Plaintiff,

v.                                            Case No.: 1:08−cv−02310
                                              Honorable David H. Coar

G & J Investments, LTD, et al.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2008:

    MINUTE entry before the Honorable David H. Coar:; Motion hearing held on 7/24/2008 regarding motion [7].Joint Motion For Court Approval of Settlement [7] is granted − parties to submit signature order to the Court. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.