# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2310 | DATE | 7/30/2008 |
| CASE TITLE | Munoz, et al vs. G & J Investments, LTd | | |

**DOCKET ENTRY TEXT**

The settlement is approved as a just and equitable settlement. This case is dismissed with prejudice pursuant to terms fo the parties' settlement agreement and complete waiver/release. Civil case terminated  ENTER ORDER APPROVING SETTLEMENT

■ [ For further detail see separate order(s).]

Docketing to mail notices



| | Courtroom Deputy Initials: | PAMF |
|---|---|---|