

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO MUNOZ, ANIBAL ANGELITO, on behalf of themselves and all other plaintiffs known and unknown, ) ) ) ) ) | |
| Plaintiffs, ) | |
| v. ) | Court No. 08 C 2310 |
| ) | |
| G & J INVESTMENTS, LTD. d/b/a PAPPY'S and GEORGE PAPPAS, ) ) | Honorable Judge David Coar |
| ) ) | |
| Defendants. ) ) | |

### ORDER APPROVING OF SETTLEMENT

This Cause, combing to be heard on July 24, 2008, in relation to the parties' Joint Motion For Court Approval Of Settlement, this Court hereby orders that:

1. The Settlement is approved as a just and equitable settlement of for alleged violations of the Fair Labor Standards Act and Illinois Minimum Wage Law;

2. This case is dismissed with prejudice pursuant to terms of the parties' Settlement Agreement and Complete Waiver/Release.

_____

The Honorable Judge David Coar

Date: JUL 3 0 2008

prepared by:

James C. Vlahakis
Attorney for Defendants
Hinshaw & Culbertson LLP
222 North LaSalle, Suite 300
Chicago, IL 60601
Tel: 312-704-3715
Fax: 312-704-3001
jvlahakis@hinshawlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

                s/James C. Vlahakis
                James C. Vlahakis
                Attorney for Liberty Defendants
                Hinshaw & Culbertson LLP
                222 North LaSalle, Suite 300
                Chicago, IL 60601
                Tel: 312-704-3715
                Fax: 312-704-3001
                jvlahakis@hinshawlaw.com